CONGRESS CIGAR COMPANY, demandante y apelante, *v.* LORENZO CABRERA LÓPEZ, conocido por TITO CABRERA, y TITO AUGUSTO CABRERA, conocido por TUTO CABRERA, demandados y apelados.

No. 5361.—*Sometido:* Febrero 12, 1932. *Resuelto:* Mayo 31, 1933.

*R. Buscaglia,* abogado de la apelante; *L. Llorens Torres,* abogado de los apelados.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

El único motivo alegado para esta apelación es que la corte inferior cometió error al declarar sin lugar la demanda por no aducir hechos determinantes de causa de acción.

La demanda que motiva esta apelación fué interpuesta por Congress Cigar Co. en 1929 contra Lorenzo Cabrera López y contra Tito Augusto Cabrera con el fin de que se declaren nulos ciertos actos y contratos y para ello alega que en 1926 prestó cierta cantidad de dinero a Lorenzo Cabrera López para refacción agrícola de una finca rústica de sesenta cuerdas de terreno cuya descripción hace, que manifestó ser de su propiedad: que al año siguiente lo demandó para cobro

de ese préstamo y le embargó dicha finca pero el embargo no pudo ser anotado en el registro de la propiedad por estar la finca inscrita a nombre de otra persona: que en 1924 se otorgó escritura pública en la que Tito A. Cabrera aparece comprando esa finca a los que fueron dueños de ella y también compró una porción de la misma que había sido segregada: que en 1925 promovió información judicial para obtener título de dominio de dicha finca, el que fué declarado a su favor: que antes de 1924 Lorenzo Cabrera López era dueño de esa finca y sigue siéndolo en la actualidad, y que tanto el expediente de dominio como esos contratos son nulos e inexistentes por carecer de causa y ser el resultado de una confabulación para perjudicar al demandante.

Cuando tuvieron lugar los actos y contratos cuya declaración de nulidad se interesa por el apelante, éste no tenía acreencia alguna contra Lorenzo Cabrera López ni intervino en dichos actos y contratos por lo que cualquier vicio que puedan tener, incluso, la carencia de causa para ellos, en nada pueden afectar a la apelante, ni pudieron ser otorgados para defraudar a una persona que entonces no era acreedora de Lorenzo Cabrera López. *Por esto la demanda no aduce causa de acción en favor de la apelante y debe ser confirmada la sentencia que declaró sin lugar la demanda.*

El Juez Asociado Señor Córdova Dávila no intervino.